CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 1 9 2005

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM A. WHITE, | ) Civil Action No. 7:05-cv00020 |
| Plaintiff, | ) |
| v. | ) **FINAL ORDER** |
| VICTORIA B. HAINES, DEBRA E. McGHEE, and ALPHONSO R. JACKSON, *Secretary of the Department of Housing and Urban Development*, | ) |
| | ) By: James C. Turk |
| Defendants. | ) Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that in this action brought under Bivens v. Six Unknown Agents, 403 U.S. 388 (1971), defendants' Federal Rule of Civil Procedure 12(b)(6) motion to dismiss is granted with prejudice as against defendants in their individual capacities, and granted without prejudice as against defendants in their official capacities as representatives of the Department of Housing and Urban Development. This case is stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to all counsel for the parties.

ENTER: This 19th day of December, 2005.

*/s/ James C. Turk*
SENIOR UNITED STATES DISTRICT JUDGE